UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

---

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF10 MASTER PARTICIPATION
TRUST BY CALIBER HOME LOANS,
INC., AS ITS ATTORNEY IN FACT
JILL A. MANZO, ESQ.
VER913
bankruptcy@feinsuch.com

---

**Order Filed on February 13, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:


UMIT ARAT


 Debtor(s).

Case No.: 19-20673
Chapter:   13

Hearing Date: February 6, 2020

Judge:  HONORABLE VINCENT F. PAPALIA

---

Recommended Local Form:  ☒ Followed   ☐ Modified

---

ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS


The relief set forth on the following page(s) is hereby **ORDERED**.


**DATED: February 13, 2020**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

| Applicant: | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT |
| --- | --- |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | DAVID G. BESLOW |
| Property Involved (Collateral") | 175 WEST 2ND STREET CLIFTON, NJ 07011 |

Relief sought:      ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒  The Debtor is overdue for 3 months, from November, 2019 to January, 2020.

☒  The Debtor is overdue for 3 payments at $1,846.87 per month with $15.65 in suspense.

☐  The Debtor is assessed for N/A late charges at N/A per month.

☐  Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

Total Arrearages Due $5,524.96.

2. Debtor must cure all post-petition arrearages, as follows:

☐  Immediate payment shall be made in the amount of $N/A. Payment shall be made no later than N/A.

☒  Beginning on February 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $1,846.87.

☐  Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

☒  The amount of $5,524.96 shall be capitalized in the
Debtor's Chapter 13 plan. The Debtor must file a modified
plan and budget within 7 days.

3. Payments to the Secured Creditor shall be made to the
following address(es):

☐  Immediate payment:

☒  Regular monthly payment:        Caliber Home Loans, Inc.
                                   P.O. Box 24330
                                   Oklahoma City, OK 73124

☐  Monthly cure payment:

4. In the event of Default:

☒  If the Debtor fails to make the immediate payment
specified above or fails to make any regular monthly payment
or the additional monthly cure payment within thirty (30)
days of the date the payments are due, then the Secured
Creditor may obtain an Order Vacating the Automatic Stay as
to the Collateral by filing, with the Bankruptcy Court, a
Certification specifying the Debtor's failure to comply with
this Order. At the time the Certification is filed with the
court, a copy of the Certification shall be sent to the
Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐  If the bankruptcy case is dismissed, or if the automatic
stay is vacated, the filing of a new bankruptcy case will
not act to impose the automatic stay against the Secured
Creditor's opportunity to proceed against its Collateral
without further Order of the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20673-VFP
Umit Arat                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 14, 2020
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db              +Umit Arat,   175 W 2nd St,   Clifton, NJ 07011-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Umit  Arat yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   PNC BANK, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, National Association
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor   U.S. BANK TRUST N.A. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 8