Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  19–20673–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Umit Arat
   175 W 2nd St
   Clifton, NJ 07011

Social Security No.:
   xxx–xx–2412

Employer's Tax I.D. No.:

_____

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 3, 2019.

On 3/10/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              April 2, 2020
Time:               08:30 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 12, 2020
JAN: smz

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20673-VFP
Umit Arat                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Mar 12, 2020
                             Form ID: 185              Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db            +Umit Arat,    175 W 2nd St,    Clifton, NJ 07011-2409
cr            +U.S. BANK TRUST N.A.,    RAS CRANE LLC,    10700 Abbott's Bridge Road,    Suite 100,    Suite 100,
               Duluth, GA 30097-8459
518320437      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
518268708     +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
518381436     +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518268710     +E-mail/Text: ally@ebn.phinsolutions.com Mar 13 2020 00:59:05      Ally Financial,
               Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518268709      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 01:14:21
               Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067
518392316      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 01:15:52
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
518382776     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 13 2020 01:01:34
               U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    c/o Caliber Home Loans,
               13801 Wireless Way,    Oklahoma City  OK 73134-2500
                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518351751*     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
518268707    ##+American Express,    PO Box 26312,    Lehigh Valley, PA 18002-6312
                                                                           TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          David G. Beslow    on behalf of Debtor Umit  Arat yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   PNC BANK, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill  Manzo    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact bankruptcy@feinsuch.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, National Association
           rsolarz@kmllawgroup.com
          Sindi Mncina    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact smncina@rascrane.com
          Sindi  Mncina    on behalf of Creditor   U.S. BANK TRUST N.A. smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 8