Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−20673−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Umit Arat
 175 W 2nd St
 Clifton, NJ 07011

Social Security No.:
 xxx−xx−2412

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/4/20 at 10:00 AM

to consider and act upon the following:

*49* − Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Umit Arat. Objection deadline is 5/15/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Beslow, David)

*50* − Objection to Application for Extension of Loss Mitigation Period (related document:49 Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Umit Arat. Objection deadline is 5/15/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Umit Arat) filed by Jill Manzo on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact. (Manzo, Jill)

Dated: 5/13/20

 Jeanne Naughton
 Clerk, U.S. Bankruptcy Court