Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

               Case No.: 19−20673−VFP
               Chapter: 13
               Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Umit Arat
    175 W 2nd St
    Clifton, NJ 07011

Social Security No.:
    xxx−xx−2412

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/4/20 at 10:00 AM

to consider and act upon the following:

**49** − Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Umit Arat. Objection deadline is 5/15/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Beslow, David)

**50** − Objection to Application for Extension of Loss Mitigation Period (related document:49 Application for Extension of Loss Mitigation Period. Filed by David G. Beslow on behalf of Umit Arat. Objection deadline is 5/15/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Umit Arat) filed by Jill Manzo on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact. (Manzo, Jill)

Dated: 5/13/20

                                                                     Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Umit Arat  
    Debtor

Case No. 19-20673-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 13, 2020  
                    Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
```
db          +Umit Arat,    175 W 2nd St,    Clifton, NJ 07011-2409
cr          +U.S. BANK TRUST N.A.,    RAS CRANE LLC,    10700 Abbott's Bridge Road,    Suite 100,    Suite 100,
              Duluth, GA 30097-8459
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
```
              David G. Beslow    on behalf of Debtor Umit  Arat yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact bankruptcy@feinsuch.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, National Association
               rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST N.A. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                                                                                               TOTAL: 8