| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>U.S. BANK TRUST, N.A., AS TRUSTEE FOR<br>LSF10 MASTER PARTICIPATION TRUST by<br>Caliber Home Loans, INC., as its<br>attorney in fact<br>JILL A. MANZO, ESQ.<br>VER913<br>bankruptcy@feinsuch.com | **Order Filed on June 15, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>UMIT ARAT<br><br>Debtor(s). | Case No.: 19-20673 VFP<br><br>Adv. No.:<br><br>Hearing Date: June 4, 2020<br><br>Judge: HONORABLE VINCENT F. PAPALIA |

**ORDER RESOLVING OBJECTION TO REQUEST
FOR EXTENSION OF LOSS MITIGATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: June 15, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor(s): UMIT ARAT
Case No: 19-20673 VFP
Caption of Order: **ORDER RESOLVING OBJECTION TO REQUEST FOR EXTENSION OF LOSS MITIGATION**

---

Upon the Objection of **FEIN, SUCH, KAHN & SHEPARD, P.C.**, Attorneys for the Secured Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST by Caliber Home Loans, INC., as its attorney in fact, as to certain real property known as **175 WEST 2ND STREET, CLIFTON, NJ 07011** as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Loss Mitigation is hereby terminated.
2. The Debtor retains the right to re-file for Loss Mitigation in the event the Debtor obtains the required documents. Secured Creditor retains the right to object to any additional Loss Mitigation requests.
3. The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.