UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST by Caliber Home Loans, INC., as its attorney in fact
JILL A. MANZO, ESQ.
VER913
bankruptcy@feinsuch.com

**Order Filed on June 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

UMIT ARAT

Debtor(s).

Case No.: 19-20673 VFP

Adv. No.:

Hearing Date: June 4, 2020

Judge: HONORABLE VINCENT F. PAPALIA

**ORDER RESOLVING OBJECTION TO REQUEST
FOR EXTENSION OF LOSS MITIGATION**

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: June 15, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor(s): UMIT ARAT
Case No: 19-20673 VFP
Caption of Order: **ORDER RESOLVING OBJECTION TO REQUEST FOR EXTENSION OF LOSS MITIGATION**

---

Upon the Objection of **FEIN, SUCH, KAHN & SHEPARD, P.C.**, Attorneys for the Secured Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST by Caliber Home Loans, INC., as its attorney in fact, as to certain real property known as **<u>175 WEST 2ND STREET, CLIFTON, NJ 07011</u>** as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Loss Mitigation is hereby terminated.

2. The Debtor retains the right to re-file for Loss Mitigation in the event the Debtor obtains the required documents. Secured Creditor retains the right to object to any additional Loss Mitigation requests.

3. The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:  
Umit Arat  
    Debtor

Case No. 19-20673-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 15, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db         +Umit Arat,   175 W 2nd St,   Clifton, NJ 07011-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
      David G. Beslow   on behalf of Debtor Umit  Arat yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Denise E. Carlon   on behalf of Creditor   PNC BANK, National Association dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jill  Manzo   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
       PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact bankruptcy@feinsuch.com
      Marie-Ann Greenberg   magecf@magtrustee.com
      Rebecca Ann Solarz   on behalf of Creditor   PNC BANK, National Association
       rsolarz@kmllawgroup.com
      Sindi  Mncina   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
       PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact smncina@rascrane.com
      Sindi  Mncina   on behalf of Creditor   U.S. BANK TRUST N.A. smncina@rascrane.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                             TOTAL: 8