| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973)-677-9000<br>Attorneys for Debtor(s), Umit Arat<br>David G. Beslow, Esq. #DGB-5300 |
| In re:<br><br>**UMIT ARAT,**<br><br>                              **Debtor** |

Order Filed on January 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-20673

Chapter: 13

Hearing Date: January 7, 2021

Judge:   Hon. Vincent F. Papalia

## ORDER VOIDING AND CANCELLING JUDICIAL LIEN
## PURSUANT TO 11 U.S.C. §§522(f)(1) and (2)(A)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 11, 2021**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor(s): | Umit Arat |
| Case No.: | 19-20673 - Chapter 13 |
| Caption: | Order Voiding and Cancelling Judgment Lien Upon Completion of Chapter 13 Plan |

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, Mark Goldman, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and due notice having been given and there being no opposition; it is hereby

**ORDERED**, that the judicial lien held by Portfolio Recovery Associates, LLC pursuant to a judgment entered in the Superior Court of New Jersey, Passaic County, Special Civil Part, under Docket No. DC-0011791-15, Judgment No. VJ-1724-16, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), as provided in this Order; and it is further

**ORDERED**, that, upon completion of the Chapter 13 plan, as certified by the Debtor, the Clerk of the Superior Court of New Jersey be and hereby is directed to remove the subject judgment lien as a matter of record; and it is further,

**ORDERED**, that a copy of this Order, certified by counsel to be a true copy, may be filed and recorded with the Clerk of the Superior Court of New Jersey and with the County Clerk.