| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>    UMIT ARAT | Order Filed on January 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  19-20673 VFP<br><br>Hearing Date:  1/21/2021 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 22, 2021

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): UMIT ARAT

Case No.: 19-20673

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/21/2021 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    UMIT ARAT

Case No.:  19-20673 VFP

Hearing Date:  1/21/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): UMIT ARAT

Case No.: 19-20673

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 01/21/2021 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-20673-VFP
Umit Arat  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jan 22, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

**Recip ID    Recipient Name and Address**
db    + Umit Arat, 175 W 2nd St, Clifton, NJ 07011-2409

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

**Name    Email Address**

Andrew L. Spivack
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew L. Spivack
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF10 Master Participation Trust andrew.spivack@brockandscott.com, wbecf@brockandscott.com

David G. Beslow
    on behalf of Debtor Umit Arat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Denise E. Carlon
    on behalf of Creditor PNC BANK  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST By Caliber

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 22, 2021 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | Home Loans, INC., as its attorney in fact bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Umit Arat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK National Association rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST By Caliber Home Loans, INC., as its attorney in fact smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST N.A. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF10 Master Participation Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12