STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY
SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on July 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK DIVISION)

| In Re: | Case No.: 19-20673-VFP |
|---|---|
| Umit Arat | Chapter: 13 |
| Debtor(s) | Judge: Vincent F. Papalia |

Recommended Local Form        ☐ Followed        ☑ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

DATED: July 16, 2021

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(page 2)
Debtor: Umit Arat

Case Number: 19-20673-VFP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

      Upon the Certification of U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

      ORDERED that the automatic stay of Bankruptcy Code § 362(a) and 1301(c) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

      ☑    Real Property more fully described as:

175 West 2nd Street, Clifton, NJ 07011 -- the "Property".

      ☐    Personal Property more fully described as:

      It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

      The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.