|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)* | Order Filed on September 10, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Umit Arat* | |
| In Re:<br><br>**UMIT ARAT,**<br><br>Debtor | Case No.: 19-20673<br><br>Chapter:   13<br><br>Judge:   VFP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: September 10, 2021

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:       2
Debtor(s):  Umit Arat
Case No.:   19-20673/VFP

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $4,977.50 for services rendered and expenses in the amount of $ 44.03  for a total of $5,021.53 of which $4,350.00 has already been received by said attorney and of which the balance of $671.53 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

> XX through the Chapter 13 Plan as an administrative priority or from funds on hand with Chapter 13 Trustee as case has been dismissed.

> ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A for N/A months to allow for payment of the aforesaid fee.